1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE D. BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7  Attorney for Defendant
   JAMIL PIERRE BROWN

8

9
                 IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,       )  No. Cr. S. 07-136-LKK
14                                 )
              Plaintiff,           )
15                                 )  ORDER
        v.                         )
16                                 )
   JAMIL PIERRE BROWN,             )
17                                 )
              Defendant.           )  Judge: Hon. Lawrence K. Karlton
18                                 )
   _____ )
19

20      On May 8, 2007, the parties and defendant BROWN appeared in Court

21  for a status conference.  The Court adopted the parties' proposed

22  briefing schedule as follows: June 19, 2007 for defense motions, July

23  24, 2007 for the government's opposition, August 7, 2007 for the reply,

24  and August 14, 2007 for a non-evidentiary hearing.  The Court excluded

25  time for defense preparation until June 19, 2007, under 18 USC §

26  3161(h)(8)(B)(iv) and Local Code T4.

27  //

28  //

1    Mr. Brown and the parties concurred with the exclusion of time so
2 that defense counsel could prepare for motions in this case.
3    IT IS SO ORDERED.
4 Date:  May 10, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Name of Pleading                    -2-