```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAMIL PIERRE BROWN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 07-136-LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| JAMIL PIERRE BROWN, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, JAMIL PIERRE BROWN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the date for filing of defendant's motions be continued to June 25, 2007 so that the parties may prepare an accurate transcript that will be presented to the Court as an exhibit to one of the motions.

The parties agree that time should continue be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 until the filing of

1  defense motions to allow the parties adequate time to prepare an
2  accurate transcript for the Court and to allow defense counsel to
3  prepare the motions.
4  DATED: June 19, 2007                    Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
7                                          /s/ Rachelle Barbour
                                           RACHELLE BARBOUR
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          JAMIL PIERRE BROWN
10
                                           McGREGOR W. SCOTT
11                                         United States Attorney
12
13 DATED:  June 19, 2007                   /s/ Rachelle Barbour for
                                           HEIKO COPPOLA
14                                         Assistant U.S. Attorney
15
        IT IS SO ORDERED.
16
17 Date:   June 21, 2007
18
19                                         _____
                                           LAWRENCE K. KARLTON
20                                         SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT
21
22
23
24
25
26
27
28

Stipulation and Order - Brown       -2-