1  McGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,      )  No. CR-S-07-0136 LKK
11                                )
              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
12                                )  DUE DATE OF GOVERNMENT'S BRIEF IN
        v.                        )  OPPOSITION TO DEFENDANT'S MOTION
13                                )  TO SUPPRESS
   JAMIL PIERRE BROWN,            )
14                                )
              Defendant.          )  Judge: Lawrence K. Karlton
15 _____)

16      It is hereby stipulated and agreed to between the United

17 States of America, by and through Heiko P. Coppola, Assistant

18 U.S. Attorney, and Jamil Pierre Brown, by and through his

19 counsel, Rachelle Barbour, Assistant Federal Defender, that the

20 government's brief in opposition to the defendant's motion to

21 suppress, currently due on July 24, 2007, be continued to July

22 31, 2007.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    This continuance is being requested because the undersigned
2 government counsel needs additional time to prepare the
3 responsive pleading in this matter.
4 Dated: July 24, 2007

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                      By:   /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney

Dated: July 24, 2007

                                             /s/ Heiko P. Coppola for
                                            RACHELLE BARBOUR
                                            Attorney at Law
                                            Attorney for Defendant
                                            Per telephonic authority

IT IS SO ORDERED.

Dated: July 30, 2007

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT