```
McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMIL PIERRE BROWN,<br><br>　　　　　Defendant,<br>_____ | No. CR-S-07-0136 LKK<br><br>STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING, TRIAL CONFIRMATION HEARING AND TRIAL DATE<br><br>Date: September 28, 2007<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America, by and through Heiko P. Coppola, Assistant U.S. Attorney, and Jamil Pierre Brown, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the evidentiary hearing on defendant's motion to suppress presently set for August 28, 2007 be vacated and rescheduled for an evidentiary hearing on September 28, 2007, at 9:15 a.m.

This continuance is being requested because one of the government's witnesses for the evidentiary hearing is unavailable on August 28, 2007.

It is further stipulated that the period from August 28, 2007, through and including September 28, 2007, be excluded in

computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E for a pending pretrial motion.

It is further stipulated and agreed to by the parties, that the trial date, currently set for October 10, 2007 be vacated and rescheduled for trial on October 30, 2007.  It is also stipulated and agreed to by the parties that the trial confirmation hearing on September 25, 2007 be vacated and rescheduled for October 16, 2007.

This continuance is being requested so that the parties may have adequate time for trial preparation and continued negotiations following the evidentiary hearing.

It is further stipulated and agreed that the period from September 28, 2007, through and including October 30, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: August 20, 2007

                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

                        By:   /s/ Heiko P. Coppola
                                HEIKO P. COPPOLA
                                Assistant U.S. Attorney

Dated: August 20, 2007

                                /s/ Heiko P. Coppola for
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                Per email authority

ORDER

The Court orders that the evidentiary hearing on the defendant's motion to suppress evidence is hereby rescheduled from August 28, 2007 to September 28, 2007 at 9:15 a.m. Time is hereby excluded from August 28, 2007, through and including September 28, 2007, pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E for a pending pretrial motion.

The Court also orders that the trial of this matter be rescheduled from October 10, 2007 to October 30, 2007 at 10:30 a.m. The trial confirmation hearing is hereby rescheduled from September 25, 2007 to October 16, 2007 at 9:30 a.m. The Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and excludes time from September 28, 2007, through and including October 30, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

IT IS SO ORDERED.

Dated: August 21, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT