1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
JAMIL PIERRE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      ) No. Cr. S. 07-136-LKK
                               )
            Plaintiff,         )
                               ) UNOPPOSED MOTION TO FILE
      v.                       ) DOCUMENTS UNDER SEAL; PROPOSED
                               ) ORDER
JAMIL PIERRE BROWN,            )
                               )
            Defendant.         )
                               )
_____)

On October 19, 2007, the Court received Defendant's Motion In Limine to Admit Evidence Under Rule 412 to be filed under seal pursuant to that rule.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal.

Dated: October 22, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT