1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
JAMIL PIERRE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S. 07-136-LKK |
|---|---|
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| JAMIL PIERRE BROWN, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |
| _____ | ) |

On October 23, 2007, Rachelle Barbour, Assistant Federal Defender, appeared for Mr. Brown, who waived his appearance in writing. AUSA Heiko Coppola appeared for the government. Mr. Brown, through Ms. Barbour, requested that the trial date be vacated, and that a status conference be set for November 14, 2007 at 9:30 a.m. Ms. Barbour further requested that the Court vacate all other filing dates for motions in limine and other documents. The Court granted the defense motion.

//

1  The Court further ordered that the time between October 23, 2007
2  and November 14, 2007 be excluded from the calculation of the Speedy
3  Trial Act for defense preparation, pursuant to 18 U.S.C.
4  § 3161(h)(8)(B)(iv) and Local Code T4.
5  IT IS SO ORDERED.

7  Date:   October 23, 2007

8  _____
   LAWRENCE K. KARLTON
9  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

Stipulation and Order - Brown       -2-